## Hart's Estate (No. 6).

Argued March 27, 1902.    Appeal, No. 391, Jan. T., 1901, by Charles Henry Hart, from decree of O. C. Phila. Co., Jan. T., 1901, No. 552, dismissing exceptions to adjudication in estate of Samuel Hart, deceased.    Before McCollum, C. J., Dean, Fell, Brown and Mestrezat, JJ.    Affirmed.

Opinion by Mr. Justice Dean, October 13, 1902:

The three questions raised by the assignments of error on

this appeal have been disposed of in the appeals of the executor and trustee, opinions handed down this day; nothing further, therefore, need be said in this case. The decree of the court below is affirmed and the appeal dismissed at costs of appellant.

